1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEPHEN F. SNOW,                              No.  2:23-cv-02117-KJM-EFB (PC)

12                    Plaintiff,

13           v.                                     ORDER

14    JEFF MACOMBER, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C.

18    § 1983.  He seeks an extension of time file an amended complaint.

19          The motion for extension of time (ECF No. 10) is GRANTED.  Plaintiff shall file his

20    amended complaint on or before July 15, 2024.

21

22    Dated: May 14, 2024

                                                    EDMUND F. BRENNAN
23                                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                                    1