UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN F. SNOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-02117-KJM-EFB (PC)<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. He seeks an extension of time file objections to the findings and recommendations issued on January 21, 2025. ECF No. 17.

　　　The motion for extension of time (ECF No. 18) is GRANTED. Plaintiff shall file his objections, if any, on or before April 10, 2025.

Dated: February 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1