1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      STEPHEN F. SNOW,                              No.  2:23-cv-02117-KJM-EFB (PC)

12                     Plaintiff,

13             v.                                     ORDER

14      JEFF MACOMBER, et al.,

15                     Defendants.

16

17             Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C.

18      § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C.

19      § 636(b)(1)(B) and Local Rule 302.

20             On January 21, 2025, the magistrate judge filed findings and recommendations, which

21      were served on all parties and which contained notice to all parties that any objections to the

22      findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23      objections to the findings and recommendations.

24             In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25      court has conducted a de novo review of this case.  Having reviewed the file, the court finds the

26      findings and recommendations to be supported by the record and by proper analysis.  The

27      Magistrate Judge correctly determined that plaintiff cannot assert a claim based on the disclosure

28      of his mental health records.  *See, e.g.*, *Seaton v. Mayberg*, 610 F.3d 530, 534 (9th Cir. 2010)

                                                      1

1   ("[P]risoners do not have a constitutionally protected expectation of privacy in prison treatment

2   records when the state has a legitimate penological interest in access to them.").

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed January 21, 2025 (ECF No. 17) are adopted

5              in full;

6          2.  The case is dismissed without leave to amend for failure to state a claim; and

7          3.  The Clerk of Court is directed to administratively terminate all pending motions and

8              close the case.

9   DATED:  July 7, 2025.

10

11                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2